UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P-Send

SCANNED

CIVIL MINUTES - GENERAL

Case No. CV 00-10893 FMC(RNBx) Date: December 19, 2001

Title: WATEC CO., LTD. v CHIA C. LIU, et al.

==========================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

Krista Barrett
Courtroom Clerk

Not present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present

PROCEEDINGS: (In Chambers)
DEFT/COUNTER-CLAIMANTS LIU & WATEC AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTERCLAM
DEFT/COUNTER-CLAIMANT WATEC AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CLAIMS
PLTF/COUNTER-CLAIMAINT DEFT'S MOTION FOR SUMMARY JUDGMENT OR ALT PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM

On the Court's own motion, the above matters are **CONTINUED TO JANUARY 14, 2002 AT 10:00.** Oppositions are due December 27, 2001. Replies are due January 3, 2002.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk KB

DEC 19 2001

56