Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No. CV 00-10893 FMC(RNBx) Date: March 4, 2002

Title: WATEC CO., LTD. v CHIA C. LIU, et al.

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mason | Pat Cuneo |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: Orlando Cabanday

ATTORNEYS PRESENT FOR DEFENDANTS: Daniel Dawes, Craig Aronson

PROCEEDINGS: DEFT/COUNTER-CLAIMANTS LIU & WATEC AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM
DEFT/COUNTER-CLAIMANT WATEC AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CLAIMS
PLTF/COUNTER-CLAIMANT DEFT'S MOTION FOR SUMMARY JUDGMENT OR ALT PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM

The Court hears oral argument on the above-referenced motions. The Court takes its ruling UNDER SUBMISSION; final order to issue.

MINUTES FORM 11
CIVIL - GEN

ENTERED ON ICMS
MAR - 2002
CV

Initials of Deputy Clerk aw

99